**Affidavit of Special Process Server**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
Case Number **17CV9003**

**EWA POROWSKI**

v.

**PENNYMAC CORP**

I, **CHRISTOPHER A. RODRIQUEZ**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **PENNYMAC CORP** |
| PERSON SERVED | **Derrick Hackett, Employee authorized to accept** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **12/21/2017** |

Subject served stated he is authorized to accept service on behalf of CT Corporation Systems

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | MALE | Race | BLACK | Age | 20s |
|---|---|---|---|---|---|
| Height | 5'8" | Build | AVERAGE | Hair | BLACK |

LOCATION OF SERVICE   **208 S LASALLE ST, STE 814**
                                             **CHICAGO, Illinois  60604**

Date Of Service   **12/21/2017**
Time                   **2:44 PM**

CHRISTOPHER A. RODRIQUEZ                    12/26/2017
**Special Process Server**                           P.E.R.C #129-386636

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

CHRISTOPHER A. RODRIQUEZ                    12/26/2017

Total:   **$60.00**

*39204A*

Law Firm ID:  **ZAMPARO LAW GROUP, P.C.**       Firm #            Case Return Date:  **01/08/2018**