UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Ewa Porowski

      Plaintiff,

v.               Case No.: 1:17−cv−09003
               Honorable Ronald A. Guzman

Pennymac Corp.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2018:

  MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 3/7/2018 is stricken on request of plaintiff. Status hearing reset to 3/28/2018 at 09:30 AM. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.